IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO.: 5:20-CR-29 (MTT)** |
| : | |
| **COLLIS ROBERT TODD,** : | |
| A/K/A **C. ROBERT TODD,** : | |
| A/K/A **COLLIS TODD,** : | |
| A/K/A **ROBERT TODD,** : | |
| A/K/A **ROBERT C. TODD,** : | |
| : | |
| **Defendant**. : | |

## PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT

WHEREAS, on May 10, 2021, Defendant Collis Robert Todd (hereinafter "Todd" or "Defendant"), pled guilty to Count Seventeen of the Superseding Indictment charging him with Wire Fraud, in violation of Title 18, United States Code, Section 1343;

AND WHEREAS, the Superseding Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the Defendant plead guilty to a written Plea Agreement to Count Seventeen of the Superseding Indictment charging that Todd, for the purpose of executing a scheme and artifice to defraud and attempting to do so, knowingly and

willfully caused to be transmitted by means of wire communication in interstate commerce between the State of Georgia and the State of Alabama the following sounds and signals, that is, defendant caused a telephone conversation between himself and JD's business manager to take place wherein defendant stated to JD's business manager in relation to the "big cow" deal that he would sell 370 cows and 400 calves this Winter for a total price of approximately $460,000.00, and stated that JD would profit from these sales, when in truth and fact and as defendant then well knew, he was not in possession of cattle on leased land in Texas to sell, in violation of Title 18, United States Code, Sections 1343 and 2;

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Todd in the amount of two million, one hundred thirty-seven thousand dollars ($2,137,000.00), representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s); and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a

preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of two million, one hundred thirty-seven thousand dollars ($2,137,000.00).

2. The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3. Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this 28th day of July, 2021.

                                        S/ Marc T. Treadwell

                             MARC T. TREADWELL, CHIEF JUDGE
                             UNITED STATES DISTRICT COURT

PREPARED BY:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

*/s/ Mike Morrison*
MIKE MORRISON
Assistant United States Attorney
Georgia Bar No.: 153001